IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10CR3098 |
| ) | |
| LONIE OTIE CHANTHAVONG, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on Mr. Chanthavong's Unopposed Motion to Continue the Deadline for Filing Pretrial Motions, filing 18, from November 4, 2010, until November 18, 2010. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Mr. Chanthavong shall file any pretrial motions in the above captioned matter no later than Thursday, November 18, 2010. This Court further finds that, based upon the showing set forth in Mr. Chanthavong's Motion, the ends of justice will be served by extending the deadline for filing pretrial motions. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from November 4, 2010, until November 18, 2010, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated this 5th day of November, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
The Honorable Cheryl R. Zwart
United States Magistrate Judge