THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:10CR3098 |
| | ) | |
| LONIE OTIE CHANTHAVONG, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on Mr. Chanthavong's Unopposed Motion to Continue the Change of Plea Hearing, filing 23, from January 11, 2011, for approximately two weeks. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Mr. Chanthavong's plea hearing shall be continued until the 26th day of January, 2011, at 10:30 a.m. Mr. Chanthavong is ordered to appear at said time. This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by continuing his plea hearing; and that continuing the plea date in this case outweighs the best interest of defendant and the public in a speedy trial. Accordingly, the time from today's date until the date next set shall be excludable time pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated this 11th day of January, 2011.

BY THE COURT:

s/ *Cheryl R. Zwart*
The Honorable Cheryl R. Zwart
United States Magistrate Judge