IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10CR3098 |
| ) | |
| LONIE OTIE CHANTHAVONG, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File A Restricted Brief, filing 41. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file defendant's Brief in Support of Variance Motion restricted.

IT IS FURTHER ORDERED that said Brief be made available to case participants only.

DATED this 7th day of April, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge